SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br>    Plaintiff,<br>   vs.<br>VISTA PAINT CORPORATION, et. al.,<br>    Defendants. | Case No. **2:09-cv-01731-FCD-EFB**<br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL SEPTEMBER 18, 2009 FOR DEFENDANT VISTA PAINT CORPORATION TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Vista Paint Corporation, by and through, Scott N. Johnson; Vista Paint Corporation, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

2. Defendant Vista Paint Corporation is granted an extension until September 18, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Vista Paint Corporation's response will be due no later than September 18, 2009.

IT IS SO STIPULATED effective as of August 18, 2009

Dated:  August 18, 2009                By:Rachelle Singer_____

                                       Rachelle Singer,

                                       For Vista Paint

                                       Corporation

Dated:  August 18, 2009                /s/Scott N. Johnson ____

                                       Scott N. Johnson,

                                       Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendant Vista Paint Corporation shall have until September 18, 2009 to respond to complaint.

Dated: August 19, 2009

                                       _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE