SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>VISTA PAINT CORPORATION,<br><br>et. al.,<br><br>          Defendants. | Case No. **2:09-cv-01731-FCD-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL OCTOBER 18, 2009 FOR DEFENDANTS VISTA PAINT CORPORATION; OKADA BROS. INC. TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Vista Paint Corporation; Okada Bros. Inc., by and through their respective attorneys of record, Scott N. Johnson; Garret D. Murai, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Vista Paint Corporation until September 18, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Vista Paint Corporation; Okada Bros. Inc. are granted an extension until October 18, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Vista Paint Corporation; Okada Bros. Inc. response will be due no later than October 18, 2009.

IT IS SO STIPULATED effective as of September 9, 2009

Dated:  September 10, 2009         /s/Garret D. Murai__ ___
                                   Garret D. Murai,
                                   Attorney for Defendants
                                   Vista Paint Corporation;
                                   Okada Bros. Inc.

Dated:  September 9, 2009          /s/Scott N. Johnson ____
                                   Scott N. Johnson,
                                   Attorney for Plaintiff

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

1  **IT IS SO ORDERED:** that Defendants Vista Paint
2  Corporation; Okada Bros. Inc. shall have until October 18,
3  2009 to respond to complaint.
4
5  Dated: September 10, 2009
6  _____
   FRANK C. DAMRELL, JR.
7  UNITED STATES DISTRICT JUDGE