SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> VISTA PAINT CORPORATION, et. al., <br><br> Defendants | Case No. **2:09-cv-01731-FCD-EFB** <br><br> **ORDER FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT** <br><br> Joint Status Conference Statement: October 9, 2009 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from October 9, 2009 to November 6, 2009.  Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint. This complaint was filed on June 23, 2009; the 120 day time period for service would end on October 23, 2009. Defendant, Vista Paint Corporation, was served on July 23, 2009 and Defendant, Okada Bros, Inc., was served on August

1

10, 2009.  Pursuant to Local Rule 16, the Parties are to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status conference statement within 60 days after all Defendants are served.  The joint status conference statement would be due October 9, 2009.  Plaintiff filed a Stipulation and Proposed Order on September 10, 2009 granting Defendants an extension of time to respond to the complaint until October 18, 2009.  A continuance of the date for filing a joint status conference statement from October 9, 2009 to November 6, 2009 would give the Defendants time to file a response to Plaintiff's complaint.

Dated:  September 30, 2009            /s/Scott N. Johnson
                                      Scott N. Johnson,
                                      Attorney for Plaintiff

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to November 6, 2009.

Dated: September 30, 2009

                                      _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE